UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

Kristy Michelle Keirsey )
)
)
)
)
)
) **Complaint for a Civil Case**
)
)
)
)
(Write the full name of each plaintiff ) Case No.
who is filing this complaint. If the ) (to be assigned by Clerk of
names of all the plaintiffs cannot fit in ) District Court)
the space above, please write "see )
attached" in the space and attach an )
additional page with the full list of ) Plaintiff requests trial by jury:
names.) )
) ☒ Yes  ☐ No
v. )
)
Lawanda Newton )
Gregory Buerschen )
Kimberly M. )
Edwina Dickerson )
Angela Smith )
)
(Write the full name of each defendant. )
The caption must include the names of )
all of the parties. Fed. R. Civ. P. 10(a). )
Merely listing one party and writing "et )
al." is insufficient. Attach additional )
sheets if necessary.) )

## CIVIL COMPLAINT

NOTICE:

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

|   |   |
|---|---|
| Name | Kristy Michelle Keirsey |
| Street Address | 141 Alisha Avenue |
| City and County | Poplar Bluff, Butler County |
| State and Zip Code | Missouri 63901 |
| Telephone Number | 573-714-0706 |
| E-mail Address | kristykeirsey@hotmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

|   |   |
|---|---|
| Name | Lawanda Newton |
| Job or Title | VISN 15 RA Supervisor |
| Street Address | 4101 S. 4th St Bld: 71 Room: 335 |
| City and County | Leavenworth |
| State and Zip Code | Kansas 66048 |
| Telephone Number | 913-704-9455 |
| E-mail Address | lawanda.newton@va.gov |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A. Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

```
FTCA, 28 U.S.C. §§ 2671-2680
14th Amendment
Title II,III,VII of the Civil Rights Act of 1964 Fifth
Amendment Due Process
```

### B. Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

```
United States Department of Veterans Affairs and Department
of Labor.
```

### C. Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1. The Plaintiff(s)

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2. The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ Or is a citizen of *(foreign nation)* _____ .

If the defendant is a corporation

The defendant, *(name)* _____ . is incorporated under the laws of the State of *(name)*

_____ , and has its principal place of business in the State of *(name)* _____ Or is incorporated under the laws of the State of *(foreign nation)*

_____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

```
2,000,000 for permanent injuries to body, injuries
sustained due to willfull acts and three years causing
financial hardship.
```

4

### III. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

I had severe Covid infection late November 2020, early December 2020. I was released back to duty on December 7, 2020. I was administered Covid vaccination only 16 days after being released back to work. I specifically explained to Ashley Lepold of Employee Health that I had just been returned back to duty from having a Covid infection and questioned the safety of being vaccinated this soon after infection. She replied that it was completely safe as long as I wasn't running fever. Ashley Lepold administered vaccinations to soon that caused me injuries. My workmens comp was accepted for the injuries but Kimberly M. sent me to second opinion physicians without the medical documentation in my file that hinderd my rights to due process and is against the law 18 U.S. Code § 1922 - False or withheld report concerning Federal employees' compensation. Kimberly M. made false reports to Edwina Dickerson stating that my injuries were not work related. These actions caused my physical harm and $15,000 dollars in attorney fees. It was medical neglignefcne for Ashley Leopold to vaccinate me 16 days after habing covid.

I requested a Reasonable Accommodation which was approved by Dr. Dennis my supervisor but Lawanda Newton and Dennis Smith told the director not to sign it. Months later a new supervisor Dr. Buerschen was in a meeting when Lawanda Newton was beligerate telling people to shut up and ended the RA entractive meeting. I am requesting monetary relief of $2,000,000 for the damages.

Cont.

### IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

I request the courts grant me monetary releif of 2,000,000 dollars in damages for both bodily, finacial and emotional harm resulting in willfull and neglignece acts.

5

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒ No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒ No ☐

Do you claim punitive monetary damages?

Yes ☒ No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

```
The defendants have been ordered and paid previous actual
and punitive damages for the same reasons that occurred
again and are still occurring.
```

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __24th__ day of _____June_____, 20 __24__.

Signature of Plaintiff(s) _Kristy M. Keirsey_

I requested an accommodation, which was approved by my original DMO whom was assigned the task of taking care of this accommodation. When Dr. Velma Dennis took my accommodation to be signed by all required officials, Angela Smith instructed Paul Hopkins not to sign my accommodation falsely stating that it had not been properly vetted. My approved accommodation was never fulfilled and put on hold with no explanation as to why and was held up for quite some time keeping me in conditions I was to ill for.

LaWanda Newton started sending emails when she knew that newly hired dental chief started asking who my current supervisor was and that she heard that Dr. Velma Dennis was no longer my supervisor.

Following this, I received a meeting request from Dr. Buerschen whom was stating he was now the DMO of my accommodation. The union nor I ever received any communication prior to this meeting request saying there was a change in my DMO. LaWanda Newton then assigned herself as my new RAC and dismissed Paris Moore-Brown from my case and delegated Dr. Gregory Buerschen as my new DMO. Lawanda Newton denied Dr. Velma Dennis attendance to this meeting stating that she was now a bargain unit employee. Dr. Gregory Buerschen had no idea of my conditions, my work ethic, or any details involving my request. I didn't even know this man and he was delegated by Lawanda Newton as my new DMO.

I applied for an accommodation in May of 2022. The facility never accommodated me and I was kept in conditions against my providers advice up until April of 2023 when Workers Compensation provided me a light duty assignment. Evidence will be submitted of my physical being throughout this.

Edwina Dickerson from the beginning of this all was making statements to my CE, Kimberly M, that I was claiming preexisting conditions. In fact, there were numerous conversations between the two stating I was claiming preexisting conditions when in fact I did not have any preexisting conditions other than allergies. Kimberly M. sent me for a SECOP examination to Dr. Steven Brown and only sent 85 pages of my medical records, which were hand picked by her and only revealing of normal findings. I had over 700 pages of medical in my case file. I filed a congressional complaint with Josh Hawley's office and it was found that I was denied due process.

It was then stated that they were going to send the remaining medical by Kimberly M.'s supervisor, but again it was found that out of 700 pages only 200 were sent, which included films that were not even legible to view.

Lawanda Newton who is a human resources employee not in my chain of command willfully discriminated against me. I don't if she did it for financial gain or because it's an abuse of power, but I do know it is not in anyone's position description to target or discriminate against an employee. The government is not properly overseeing its employees who are willfully and knowingly breaking the law to attack me. I reported that I was being made to treat COVID-19-positive patients that caused my injuries which led to much harsher attacks by Lawanda Newton and Denise Smith. Lawanda Newton and Denise Smith refuse to process my lost time for my work-related injury. I reported the targeting to OAWP, but they said I had to file an EEO complaint, and they closed out my complaint. I was recently given a write-to-file letter **Exhibit 1** dated June 17th, 2024. I had a mediation meeting to resolve the issues, but Dr. Buerschen my new current supervisor contacted human resources and refused to negotiate by stating he wouldn't talk about anything that happened except for the last three months. Lawanda Newton tried to get me to sign a new accommodation form and told her no because I already had an approved accommodation. I named Elena Goldstein (Deputy Solicitor of Labor Front Office U.S. Department of Labor) because we are not allowed to know the full names of claims examiners. I intend to serve Elena Goldstein so she can provide the summons to Kimberley M. or provide Kimberley M.'s address of record so I can serve her a summons. Edwina Dickerson the workmen's comp coordinator refuses to process my payments for loss of time that has been approved by workmen's comp to discriminate against my disabilities. I am not filing with EEOC because the people behind these attacks are improperly talking to judges without both representatives present and to heavily involved in decisions. See **Exhibit 2** dated January 4th, 2022, which states "On appeal, the officers claimed that metadata showed the agency's general counsel was improperly involved in producing the final decisions." Me and my fellow coworkers have found out that the office of the general council is the one coordinating these attacks. OGC nor HR is in my chain of command. I want a fair and just hearing for my complaint.