UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| KRISTY KEIRSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-CV-0126-SNLJ |
| ) | |
| NEWTON, et al ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This closed matter is before the Court upon Plaintiff's motion to proceed *in forma pauperis* on appeal [Doc. 27], Plaintiff's motion for reconsideration [Doc. 24], and Defendants' motion for an order to show cause [Doc. 32]. Upon dismissal of this action, Plaintiff filed a notice of appeal to the Eighth Circuit Court of Appeals. [Doc. 26]. Due to the notice of appeal, this Court cannot address the motion for reconsideration or the defendants' motion for an order to show cause [Docs. 24 and 32] because it no longer has jurisdiction over the matter. "The filing of a notice of appeal. . . confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.'" *Liddell v. Bd. Of Educ. Of St. Louis*, 73 F.3d 819, 822 (8th Cir. 1996). This Court can, however, review and rule upon Plaintiff's motion to proceed *in forma pauperis* on appeal. Based on the financial information submitted in the report, the Court will grant the request. The two remaining motions will remain pending until

the Eighth Circuit Court of Appeals issues its mandate regarding Plaintiff's appeal.

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed *in forma pauperis* [Doc. 27] is GRANTED.

Dated this 28th day of March 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE