UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| KRISTY MICHELLE KEIRSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:24-cv-00126-SNLJ |
| LAWANDA NEWTON, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the plaintiff's Motion for Relief from Judgment and for Reconsideration, filed on January 22, 2025. [Doc. 24]. Plaintiff contemporaneously filed a Notice of Appeal. [Doc. 26]. While the appeal was pending, the defendants filed a motion requesting an indicative ruling on the plaintiff's post-judgment motion. [Doc. 41]. The Court granted the defendants' motion and issued an Order under Federal Rule of Civil Procedure 62.1, stating that "if the Court of Appeals remands plaintiff's case for the purpose of ruling on her Motion for Relief from Judgment and for Reconsideration, this Court will deny the motion." [Doc. 47]. On January 22, 2026, the Court of Appeals ordered the appeal to be held in abeyance until this Court resolved the post-judgment motion. [Doc. 56]. For the reasons articulated in this Court's Order dated July 11, 2025 [Doc. 47], which is incorporated herein by reference, the motion is denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Motion for Relief from Judgment and for Reconsideration filed on January 22, 2025 [Doc. 24] is **DENIED**.

**SO ORDERED** this 2nd day of February, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE